**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 22-CR-20072 |
| **MARK A. WASHINGTON,** | ) | |
| Defendant. | ) | |

### ORDER APPROVING MAGISTRATE JUDGE'S RECOMMENDATION

On April 8, 2024, a Report and Recommendation (#28) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, Defendant Mark A. Washington's plea of guilty as to Counts 1 and 2 of the Indictment (#1) is accepted and Defendant is adjudged guilty on those counts. The court orders that a pre-sentence investigation is to be prepared. A sentencing hearing remains set for August 26, 2024, at 3:45 pm before this court.

ENTERED this 23rd day of April, 2024.

s/ Colin Stirling Bruce
COLIN S. BRUCE
U.S. DISTRICT JUDGE